IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TENTH STREET RESIDENTIAL ASSOCIATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  3:19-CV-00179-N |
| THE CITY OF DALLAS, | § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

By separate Order of this same date, the Court grants Defendant the City of Dallas's ("the City") motion to dismiss for lack of subject matter jurisdiction.  It is, therefore, ordered that Plaintiff Tenth Street Residential Association's ("TSRA") claims against the City are dismissed without prejudice.  Court costs are taxed against TSRA.  All relief not expressly granted is denied.  This is a final judgment.

Signed June 25, 2019.

_____
David C. Godbey
United States District Judge

FINAL JUDGMENT – SOLO PAGE