IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TENTH STREET RESIDENTIAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF DALLAS, TEXAS,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*   Civil Action No. 3:19-CV-00179-N<br>*<br>*<br>*<br>*<br>* |

NOTICE OF APPEAL BY PLAINTIFF TENTH STREET
RESIDENTIAL ASSOCIATION

Notice is hereby given that the Tenth Street Residential Association, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on June 25, 2019.

Notice is hereby given that the Tenth Street Residential Association, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order entered in this action on June 25, 2019.

Respectfully Submitted,

 /s/ John M. Hasley
John M. Hasley
Texas State Bar No. 24056951
E-mail: hasleyj@lanwt.org

Jorge Jasso
Texas State Bar No. 24101966
E-mail: jassoj@lanwt.org

Legal Aid of Northwest Texas
600 E. Weatherford Street
Fort Worth, Texas 76102
(817) 339-5315 (phone)
(817) 649-4759 (fax)

Michael M. Daniel
State Bar No. 05360500
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: daniel.michael@att.net

Laura B. Beshara
State Bar No. 02261750
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: laurabeshara@swbell.net

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that on July 23, 2019, I electronically filed the foregoing document with the clerk of court for the United States District Court for the Northern District of Texas using the electronic case failing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: /s/ Jorge Jasso